Andrew R. Jacobs, Esq. (Pennsylvania Bar ID #33809)
EPSTEIN, FITZSIMMONS, BROWN, GIOIA, JACOBS & SPROULS
A Professional Corporation
245 Green Village Road
P.O. Box 901
Chatham Township, New Jersey 07928-0901
(973)593-4900
Attorneys for Plaintiff

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GSI COMMERCE SOLUTIONS, INC., a/k/a GLOBAL SPORTS INTERACTIVE, INC., a Pennsylvania corporation,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION NO:<br><br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Continental Resources, Inc., a Massachusetts corporation, with its principal place of business located at 175 Middlesex Turnpike, Bedford, Massachusetts 01730, by way of Complaint against defendant, GSI Commerce Solutions, Inc., a/k/a Global Sports Interactive, Inc., a Pennsylvania corporation, alleges as follows:

## JURISDICTION

1.      There is jurisdiction under 28 *U.S.C.* §1332(a)(1), in that there is diversity of citizenship between plaintiff and defendant, namely, plaintiff, Continental Resources, Inc., is a Massachusetts corporation with its principal place of business in Bedford, Massachusetts, and defendant, GSI Commerce Solutions, Inc., a/k/a Global Sports Interactive, Inc., is a Pennsylvania corporation with its principal place of business in King of Prussia, Pennsylvania, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

{W:\docs\EPFITZ\14461\00012\00051934.DOC; JGW 9/26/2003  10:19 AM}

## VENUE

2.      There is venue in this District pursuant to 28 *U.S.C.* §1391(a)(1), in that this is a judicial district where defendant, GSI Commerce Solutions, Inc., a/k/a Global Sports Interactive, Inc., resides.

## THE PARTIES

3.      Plaintiff, Continental Resources, Inc., ("Continental") is a Massachusetts corporation with its principal place of business located at 175 Middlesex Turnpike, Bedford, Massachusetts 01730, and is engaged in the business of sales, support, service and maintenance of computer hardware and related equipment.

4.      Defendant, GSI Commerce Solutions, Inc., a/k/a Global Sports Interactive, Inc., ("GSI") is a Pennsylvania corporation with its principal place of business located at 1075 First Avenue, King of Prussia, Pennsylvania 19406, and, according to its website is engaged in the business of development and operation of online, *i.e.,* Internet, retailing and direct response marketing businesses for retailers, branded manufacturers, media companies and professional sports organizations.

## FIRST COUNT

5.      At all times mentioned herein, Continental was and is a reseller of computer support, service and maintenance agreements from GE Access ("GE").  GE was and is, in turn, the master reseller of Sun Microsystems, Inc. ("Sun") computer equipment and maintenance agreements.

6.      On or about June 29, 2001, GSI issued its purchase order (No. 06-102265-00) to Continental for a three (3) year maintenance agreement for a variety of Sun computer equipment already in GSI's possession (the "Maintenance Agreement") at a cost of $1,742,954.00.

{W:\docs\EPFITZ\14461\00012\00051934.DOC; JGW 9/26/2003  10:19 AM}

7.    The term of the Maintenance Agreement was for the period from August 1, 2001, thorough July 31, 2004.

8.    Thereafter Continental continued to provide services to GSI in accordance with the Maintenance Agreement and issued its invoices for same to GSI on a quarterly basis.

9.    On April 23, 2003, GSI terminated the Maintenance Agreement effective as of June 10, 2003.

10.    There is due to Continental from GSI the sum of $233,258.45, on a certain book account a copy of which, together with supporting invoices and credit memo, is annexed hereto collectively as Exhibit "A."

11.    Payment has been demanded and has not been made, as the result of which Continental has been damaged.

## SECOND COUNT

12.    Continental repeats and restates the allegations set forth in Paragraphs 5 through 9, inclusive as though set forth at length herein.

13.    Continental sues GSI for services it rendered to GSI upon the promise of GSI to pay the agreed amount as set forth on Exhibit "A" annexed hereto.

14.    Payment has been demanded and has not been made, as the result of which Continental has been damaged.

## THIRD COUNT

15.    Continental repeats and restates the allegations set forth in Paragraphs 5 through 9, inclusive as though set forth at length herein.

16.    Continental sues GSI for the reasonable value of services it rendered to GSI upon GSI's promise to pay a reasonable price for the same, as set forth on Exhibit "A" annexed hereto.

{W:\docs\EPFITZ\14461\00012\00051934.DOC; JGW 9/26/2003  10:19 AM}

17.   Payment has been demanded and has not been made, as the result of which Continental has been damaged.

## FOURTH COUNT

18.   Continental repeats and restates the allegations set forth in Paragraphs 5 through 9, inclusive as though set forth at length herein.

19.   GSI, being indebted to Continental in the sum of $233,258.45, upon an account stated between them, did promise to pay to Continental said sum upon demand.

20.   Payment has been demanded and has not been made, as the result of which Continental has been damaged.

**WHEREFORE**, plaintiff, Continental Resources, Inc., demands judgment against defendant, GSI Commerce Solutions, Inc., a/k/a Global Sports Interactive, Inc., on each Count as aforesaid, in the amount of $233,258.45, together with interest and costs of suit.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues so triable pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

**EPSTEIN, FITZSIMMONS, BROWN,
GIOIA, JACOBS & SPROULS**
**A Professional Corporation**
Attorneys for Plaintiff

DATED: September **30**, 2003
Chatham Township, New Jersey

BY: _____
ANDREW R. JACOBS
(Pennsylvania Bar ID #33809)

{W:\docs\EPFITZ\14461\00012\00051934.DOC; JGW 9/26/2003 10:19 AM}

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff, Continental Resources, Inc., a Massachusetts corporation, states that there is no parent corporation or any publicly held corporation that owns ten percent or more of its stock.

**EPSTEIN, FITZSIMMONS, BROWN, GIOIA, JACOBS & SPROULS**
**A Professional Corporation**
Attorneys for Plaintiff

DATED: September 3º, 2003
Chatham Township, New Jersey

BY:  _____
ANDREW R. JACOBS
(Pennsylvania Bar ID #33809)

{W:\docs\EPFITZ\14461\00012\00051934.DOC; KG 9/30/2003  12:34 PM}

Customer          17082
Company Code      CR01

Name              Global Sports Interactive
City              KING OF PRUSSIA

| Assignment | Bill.doc. | Doc.no. | Typ | Doc. date | S | LC amnt | Text | Clrng doc. |
|---|---|---|---|---|---|---|---|---|
| 06-102295-00 | 90264793 | 2200254768 | RV | 01/30/2003 | | 155,584.46 | 5/23/03 final demand exp# | |
| 06-102295-00 | 90290552 | 2200280197 | RV | 07/31/2003 | | 155,584.46 | | |
| 06-102295-00 | 90290553 | 2200280198 | RV | 07/31/2003 | | 77,910.47- | | |
| * | | | | | | 233,258.45 | | |

# EXHIBIT "A"



# CONTINENTAL RESOURCES, INC.

REMIT TO
Continental Resources, Inc.
P.O. BOX 4196
BOSTON  MA.  02211

| | |
|---|---|
| INVOICE NO. | 90290553 |
| INVOICE DATE | 07/31/2003 |
| CUSTOMER NO. | 17082 |

175 Middlesex Turnpike
PO Box 9137
Bedford MA 01730-9137

**Phone:**    **(781) 275-0850**

FAX:        (781) 275-6563
D-U-N-S:    001422583
Fed TAX ID: 04 2297 141

## Credit memo

Page 1

(Repeat printout)

Global Sports Interactive
ATTN:  ACCOUNTS PAYABLE
1075 First Avenue
KING OF PRUSSIA PA  19406

```
S
H    Global Sports Interactive
I    PO#06-102295-00
P    1075 First Avenue
     KING OF PRUSSIA PA  19406
T
O
```

| PURCHASE ORDER NO. 06-102295-00 | ORDER NO. 84405 | ORDER DATE 07/31/2003 | ORDER TYPE Credit Memo Request | | RETURN# 63009858 | DELIVERY | DEL DATE |
|---|---|---|---|---|---|---|---|
| SALES OFFICE New York, NY | | SALES REP. Paul Karchawer | | | SHIPPED VIA | | |

| ITEM# | QTY | PRODUCT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 | 1 | SVC-SLVR-NEWNK | NEW SILVER CONTRACT | 73,500.44 | 73,500.44 |
| | | | Subtotal | | 73,500.44 |
| | | | Tax | | 4,410.03 |
| | | | **Total Credited** | | **77,910.47** |

Please apply this credit to invoice 90290552

If you would like to receive your invoices via an EDI transaction.
Please contact Continental's IT department via email
(mhd@conres.com) or telephone them at (781)533-0457.
If you have any questions regarding this invoice, you should
contact Customer Support at (800)775-4877.

## STATEMENT OF TERMS AND CONDITIONS

### I. GENERAL TERMS AND AGREEMENTS

**Acceptance**
The terms and conditions of this order become the exclusive and binding agreement between Continental and the Buyer covering the purchase of the goods, equipment or services · or the rental of such goods and equipment ordered when the order is accepted by commencement of performance. Acceptance of this order is expressly limited to the terms hereof. Additional or different terms will not be applicable unless agreed upon in writing by the Buyers and Continental Resources, Inc. (herein known a "Continental")

**Terms of Payment**
Payable upon receipt of invoice, unless otherwise expressly agreed upon in writing by Continental. All extended use service charges will be passed on to the customer.

**Late Charges**
If any rentals or other sums are not paid within ten (10) days of the due date, customer shall be responsible and pay to Continental on demand a late charge thereon from the due date until payment in an amount equal to the maximum rate permitted by law.

**Limitation of Liability**
In no event, whether as a result of breach of contract or warranty, tort (including negligence) or otherwise, shall Continental be liable for any consequential, incidental, or exemplary damages, including without limitation, any loss or profit or revenues, loss of use of any equipment or goods or downtime costs

NO OTHER WARRANTY EXPRESSED OR IMPLIED INCLUDING THE WARRANTY OF MERCHANTABLITY AND FITNESS FOR A PARTICULAR PURPOSE WILL APPLY TO EQUIPMENT AND GOODS SOLD OR RENTED.

**Taxes**
Prices do not include any taxes. Taxes will be added to the invoice as required by law to be billed and collected. These taxes will be paid by the Buyer (Rentee) unless the Buyer provides a proper tax exemption certificate.

**Additional Provisions**
The lessee must cooperate in the completion and filing of financing statements A UCC-1 financing statement is requested on all lease arrangements.

Customers must adhere to Manufacturers duty cycles.

**Loss by Theft**
Loss by theft must be reported to the local police department and Continental within 24 hours or occurance and a copy of the police report and insurance claim should be forwarded to the nearest Continental Inventory Center.

**DISCLAIMER EXCLUSIONS OF WARRANTIES**
The parties agree that the implied warranties of merchantability and fitnees for a particular purpose and all other warranties express or implied, including without limitation warranties as to description, quality or productiveness and excluded from this transaction and shall not apply to the goods or equipment sold unless the parties shall otherwise agree in writing.

In so much as CRI acquires certain software and/or hardware from manufacturers, CRI can not accept responsibility or can it warrant that such hardware or software shall operate currently with respect to all date-data and date related calculations beginning the calendar year 2000. CRI's liability is outlined in accordance with above, Limitation of Liability, of the Agreement of services.

Upon written request from the customer, CRI will provide the Customer with the specific Manufacturers Warranty(s) required.

**Miscellaneous**
All Terms & Conditions are subject to the Laws of Massachusetts. Minimum billing is fifty dollars per invoice. Any oral statements about the goods or equipment do not constitute warranties. They shall not be relied upon by the Customer and are not part of the agreement.

### II. RENTAL TERMS AND CONDITIONS

**Rental Terms**
As rentals start the day or delivery to the Rentee and continue through the the minimum term; and thereafter until the return of the equipment to a Continental Inventory Center, whether or not the period is covered by Rentee's purchase order

Termination for Computers and Peripherals includes the following: Thirty (30) days prior to the conclusion of a non-cancellable rental contract a 30 DAYS WRITTEN NOTICE is required to cancel a rental agreement, otherwise the contract is self extending on a month-to-month basis until such written notice (30 days) is given. The Rentee's written notice shall be mailed to Continental in Bedford, Massachusetts and a copy mailed to the local Continental office

**Rental Rates:** The monthly rental rate is based upon the minimum term. Customer shall not have the right to cancel the rental of the equipment prior to expiration of said mimimum term upon which a rental is based. Rental charges for fractional months, beyond the original terms, will be prorated on a daily basis.

**Shipments:** Delivery and Freight charges are additional to the customer. Unless the Rentee gives Continental written notice of each defect within three (3) days after the receipt of a rented item, it shall be conclusively presumed that the item(s) was delivered in good condition.

**Returns:** All equipment, manuals and accessories shall be returned to Continental prepaid and insured. Any shipping or handling charges not prepaid will be billed back to the customer. Customer shall return equipment to Continental in good operating condition, normal wear and tear excluded.

**Warranties**
Continental warranties that each piece of equipment rented meets manufacturer specifications during the course of the rental. Rental credit will be issued for any period an equipment piece does not meet this warranty if written notification is supplied within three (3) days of the start of such a period. See also "Limitation of Liability" under general terms and conditions.

**Title/Ownership**
Continental Reasources, Inc. retains the title to all rental equipment. The equipment shall remain the property of Continental Resources, Inc. and is provided to the customer solely on a rental basis without any option to purchase unless such an option is granted prior to the commencement of the rental period and explicitly set forth in writing.

Customers are precluded from altering, assigning, modifying or encumbering in any way instruments on rent from Continental.

**Liability, Loss, Damage, Repairs**
The Rentee is responsible for loss of or damage to equipment from receipt until it is received or returned to Continental's Inventory Center. Loss of or damage to equipment will obligate the Rentee to replace or repair the equipment at his expense or remit the full fair market price to Continental. It is understood that the rental fees will continue through the minimum rental term or until such replacement equipment or the replacement cost is received by Continental whichever is later.

**Default**
Upon default Continental Resources may at its option, repossess, relet or sell the equipment and sue for any loss or revenue deficiency permitted by law, with or without notice to customer.

Customer will allow Continental Resources to enter upon customer's premises to repossess or remove said property and such removal shall not constitute termination of customer's obligation.

Customers agrees to pay all costs and expenses, including attorney fees, incurred by Continental in the repossession, reletting, releasing, transportation, handling or selling of the property.

### II SALES TERMS AND CONDITIONS

1. Equipment and goods are shipped F.O.B. Shipping Point.

2. Payment terms are: "Due upon Receipt of Invoice".

3. All goods or equipment sold by Continental are subject to warranty (90 days unless otherwise noted). Nonpayment or delinquent payment (5 days or more) "voids" warranty. Continental will, at its discretion, repair or replace any malfunctioning equipment or goods, provided payment is made in due course, except in cases of improper application or misuse of goods or equipment by the customer. The duty to replace is the "sole and exclusive" warranty given and is in lieu of all other warranties express or implied.

4. No equipment or goods will be accepted for warranty repair without prior authorization from Continental. Upon approval, a return authorization will be issued to customer. Customer is liable for freight costs both ways

5. All shipments may be insured upon request by customer for full value of the goods or equipment purchased. In case of shipping damage, warranty does not apply. It is customer's responsibility to contact forwarder promptly and register a claim. Concealed damage should be reported at once and claim made to forwarder in writing

6. All sales are NONCANCELLABLE. However, Continental may at its option, accept a 15% minimum restocking charge, if equipment or goods are returned in good condition within 7 days of delivery. Such returns will not be acceptable without a return authorization number.

7. The purchaser may not elect a third party, and Continental will not accept any obligation to re-bill or otherwise change mode of billing or responsibility for payment. This includes leasing companies, banks, or other parties who may wish to gain title to "the goods or equipment".

8. Continental retains title to all purchased goods and equipment until the sale invoice is paid in full, at which time title will convey to the buyer. Invoices are pro forma and do not convey title until paid.

9. Prices are subject to change without notice. Continental is not responsible for typographical errors.

10 Unless otherwise indicated or agreed, each electronic instument is shipped, calibrated, and guaranteed to meet manufacture's original specifications.



**CONTINENTAL RESOURCES, INC.**

175 Middlesex Turnpike
PO Box 9137
Bedford MA 01730-9137

**Phone:** (781) 275-0850

FAX: (781) 275-6563
D-U-N-S: 001422583
Fed TAX ID: 04 2297 141

REMIT TO
Continental Resources, Inc.
P.O. BOX 4196
BOSTON MA. 02211

TERMS: Net 30

| INVOICE NO. | 90264793 |
| --- | --- |
| INVOICE DATE | 01/30/2003 |
| CUSTOMER NO. | 17082 |

# INVOICE

(Repeat printout)

Page 1

INVOICE ENCLOSED

Global Sports Interactive
ATTN: ACCOUNTS PAYABLE
1075 First Avenue
KING OF PRUSSIA PA  19406

| S H I P  T O | Global Sports Interactive
PO#06-102295-00
1075 First Avenue
KING OF PRUSSIA PA  19406 |
| --- | --- |

| PURCHASE ORDER NO.
06-102295-00 | ORDER NO.
84405 | ORDER DATE
06/29/2001 | ORDER TYPE
Standard Order | | DELIVERY | DEL DATE |
| --- | --- | --- | --- | --- | --- | --- |
| SALES OFFICE
New York, NY | | | SALES REP.
Paul Karchawer | | SHIPPED VIA | |

| ITEM# | QTY | PRODUCT | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0020 | 1 | SVC-SLVR-NEWNK | NEW SILVER CONTRACT
Period covered for this item 01/30/2003 - 04/28/2003 | 146,777.79 | 146,777.79 |
| | | | Subtotal | | 146,777.79 |
| | | | Tax | | 8,806.67 |
| | | | **Total Due** | | **155,584.46** |

PLEASE PAY FROM THIS INVOICE INTEREST ACCRUES ON UNPAID BALANCE AT MAXIMUM ALLOWABLE RATE.

If you would like to receive your invoices via an EDI transaction.
Please contact Continental's IT department via email
(mhd@conres.com) or telephone them at (781)533-0457.
If you have any questions regarding this invoice, you should
contact Customer Support at (800)775-4877.

## STATEMENT OF TERMS AND CONDITIONS

### I. GENERAL TERMS AND AGREEMENTS

#### Acceptance
The terms and conditions of this order become the exclusive and binding agreement between Continental and the Buyer covering the purchase of the goods, equipment or services · or the rental of such goods and equipment ordered when the order is accepted by commencement of performance. Acceptance of this order is expressly limited to the terms hereof. Additional or different terms will not be applicable unless agreed upon in writing by the Buyers and Continental Resources, Inc. (herein known a "Continental")

#### Terms of Payment
Payable upon receipt of invoice, unless otherwise expressly agreed upon in writing by Continental. All extended use service charges will be passed on to the customer.

#### Late Charges
If any rentals or other sums are not paid within ten (10) days of the due date, customer shall be responsible and pay to Continental on demand a late charge thereon from the due date until payment in an amount equal to the maximum rate permitted by law.

#### Limitation of Liability
In no event, whether as a result of breach of contract or warranty, tort (including negligence) or otherwise, shall Continental be liable for any consequential, incidental, or exemplary damages, including without limitation, any loss or profit or revenues, loss of use of any equipment or goods or downtime costs

NO OTHER WARRANTY EXPRESSED OR IMPLIED INCLUDING THE WARRANTY OF MERCHANTABLITY AND FITNESS FOR A PARTICULAR PURPOSE WILL APPLY TO EQUIPMENT AND GOODS SOLD OR RENTED.

#### Taxes
Prices do not include any taxes. Taxes will be added to the invoice as required by law to be billed and collected. These taxes will be paid by the Buyer (Rentee) unless the Buyer provides a proper tax exemption certificate.

#### Additional Provisions
The lessee must cooperate in the completion and filing of financing statements A UCC-1 financing statement is requested on all lease arrangements.

Customers must adhere to Manufacturers duty cycles.

#### Loss by Theft
Loss by theft must be reported to the local police department and Continental within 24 hours or occurance and a copy of the police report and insurance claim should be forwarded to the nearest Continental Inventory Center.

#### DISCLAIMER EXCLUSIONS OF WARRANTIES
The parties agree that the implied warranties of merchantability and fitnees for a particular purpose and all other warranties express or implied, including without limitation warranties as to description, quality or productiveness and excluded from this transaction and shall not apply to the goods or equipment sold unless the parties shall otherwise agree in writing.

In so much as CRI acquires certain software and/or hardware from manufacturers, CRI can not accept responsibility or can it warrant that such hardware or software shall operate currently with respect to all date-data and date related calculations beginning the calendar year 2000. CRI's liability is outlined in accordance with above, Limitation of Liability, of the Agreement of services.

Upon written request from the customer, CRI will provide the Customer with the specific Manufacturers Warranty(s) required.

#### Miscellaneous
All Terms & Conditions are subject to the Laws of Massachusetts. Minimum billing is fifty dollars per invoice. Any oral statements about the goods or equipment do not constitute warranties. They shall not be relied upon by the Customer and are not part of the agreement.

### II. RENTAL TERMS AND CONDITIONS

#### Rental Terms
As rentals start the day or delivery to the Rentee and continue through the the minimum term; and thereafter until the return of the equipment to a Continental Inventory Center, whether or not the period is covered by Rentee's purchase order

Termination for Computers and Peripherals includes the following: Thirty (30) days prior to the conclusion of a non-cancellable rental contract a 30 DAYS WRITTEN NOTICE is required to cancel a rental agreement, otherwise the contract is self extending on a month-to-month basis until such written notice (30 days) is given. The Rentee's written notice shall be mailed to Continental in Bedford, Massachusetts and a copy mailed to the local Continental office

#### Rental Rates:
The monthly rental rate is based upon the minimum term. Customer shall not have the right to cancel the rental of the equipment prior to expiration of said mimimum term upon which a rental is based. Rental charges for fractional months, beyond the original terms, will be prorated on a daily basis.

#### Shipments:
Delivery and Freight charges are additional to the customer. Unless the Rentee gives Continental written notice of each defect within three (3) days after the receipt of a rented item, it shall be conclusively presumed that the item(s) was delivered in good condition.

#### Returns:
All equipment, manuals and accessories shall be returned to Continental prepaid and insured. Any shipping or handling charges not prepaid will be billed back to the customer. Customer shall return equipment to Continental in good operating condition, normal wear and tear excluded.

#### Warranties
Continental warranties that each piece of equipment rented meets manufacturer specifications during the course of the rental. Rental credit will be issued for any period an equipment piece does not meet this warranty if written notification is supplied within three (3) days of the start of such a period. See also "Limitation of Liability" under general terms and conditions.

#### Title/Ownership
Continental Reasources, Inc. retains the title to all rental equipment. The equipment shall remain the property of Continental Resources, Inc. and is provided to the customer solely on a rental basis without any option to purchase unless such an option is granted prior to the commencement of the rental period and explicitly set forth in writing.

Customers are precluded from altering, assigning, modifying or encumbering in any way instruments on rent from Continental.

#### Liability, Loss, Damage, Repairs
The Rentee is responsible for loss of or damage to equipment from receipt until it is received or returned to Continental's Inventory Center. Loss of or damage to equipment will obligate the Rentee to replace or repair the equipment at his expense or remit the full fair market price to Continental. It is understood that the rental fees will continue through the minimum rental term or until such replacement equipment or the replacement cost is received by Continental whichever is later.

#### Default
Upon default Continental Resources may at its option, repossess, relet or sell the equipment and sue for any loss or revenue deficiency permitted by law, with or without notice to customer.

Customer will allow Continental Resources to enter upon customer's premises to repossess or remove said property and such removal shall not constitute termination of customer's obligation.

Customers agrees to pay all costs and expenses, including attorney fees, incurred by Continental in the repossession, reletting, releasing, transportation, handling or selling of the property.

### II SALES TERMS AND CONDITIONS

1. Equipment and goods are shipped F.O.B. Shipping Point.

2. Payment terms are: "Due upon Receipt of Invoice".

3. All goods or equipment sold by Continental are subject to warranty (90 days unless otherwise noted). Nonpayment or delinquent payment (5 days or more) "voids" warranty. Continental will, at its discretion, repair or replace any malfunctioning equipment or goods, provided payment is made in due course, except in cases of improper application or misuse of goods or equipment by the customer. The duty to replace is the "sole and exclusive" warranty given and is in lieu of all other warranties express or implied.

4. No equipment or goods will be accepted for warranty repair without prior authorization from Continental. Upon approval, a return authorization will be issued to customer. Customer is liable for freight costs both ways

5. All shipments may be insured upon request by customer for full value of the goods or equipment purchased. In case of shipping damage, warranty does not apply. It is customer's responsibility to contact forwarder promptly and register a claim. Concealed damage should be reported at once and claim made to forwarder in writing

6. All sales are NONCANCELLABLE. However, Continental may at its option, accept a 15% minimum restocking charge, if equipment or goods are returned in good condition within 7 days of delivery. Such returns will not be acceptable without a return authorization number.

7. The purchaser may not elect a third party, and Continental will not accept any obligation to re-bill or otherwise change mode of billing or responsibility for payment. This includes leasing companies, banks, or other parties who may wish to gain title to "the goods or equipment".

8. Continental retains title to all purchased goods and equipment until the sale invoice is paid in full, at which time title will convey to the buyer. Invoices are pro forma and do not convey title until paid.

9. Prices are subject to change without notice. Continental is not responsible for typographical errors.

10 Unless otherwise indicated or agreed, each electronic instument is shipped, calibrated, and guaranteed to meet manufacture's original specifications.



**CONTINENTAL RESOURCES, INC.**

175 Middlesex Turnpike
PO Box 9137
Bedford MA 01730-9137

**Phone:**     **(781) 275-0850**

FAX:          (781) 275-6563
D-U-N-S:      001422583
Fed TAX ID:   04 2297 141

REMIT TO
Continental Resources, Inc.
P.O. BOX 4196
BOSTON  MA.  02211

TERMS: Net 30

| INVOICE NO. | 90290552 |
|---|---|
| INVOICE DATE | 07/31/2003 |
| CUSTOMER NO. | 17082 |

**INVOICE**                                    Page 1

INVOICE ENCLOSED

Global Sports Interactive
ATTN:  ACCOUNTS PAYABLE
1075 First Avenue
KING OF PRUSSIA PA  19406

| S H I P T O | Global Sports Interactive<br>PO#06-102295-00<br>1075 First Avenue<br>KING OF PRUSSIA PA  19406 |
|---|---|

| PURCHASE ORDER NO.<br>06-102295-00 | ORDER NO.<br>84405 | ORDER DATE<br>06/29/2001 | ORDER TYPE<br>Standard Order | | | DELIVERY | DEL DATE |
|---|---|---|---|---|---|---|---|
| SALES OFFICE<br>New York, NY | | | SALES REP.<br>Paul Karchawer | | SHIPPED VIA | | |

| ITEM# | QTY | PRODUCT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 | 1 | SVC-SLVR-NEWNK | NEW SILVER CONTRACT<br>Period covered for this item 04/29/2003 - 07/29/2003 | 146,777.79 | 146,777.79 |
| | | | Subtotal | | 146,777.79 |
| | | | Tax | | 8,806.67 |
| | | | Total Due | | 155,584.46 |

PLEASE PAY FROM THIS INVOICE INTEREST ACCRUES ON UNPAID BALANCE AT MAXIMUM ALLOWABLE RATE.

If you would like to receive your invoices via an EDI transaction.
Please contact Continental's IT department via email
(mhd@conres.com) or telephone them at (781)533-0457.
If you have any questions regarding this invoice, you should
contact Customer Support at (800)775-4877.

STATEMENT OF TERMS AND CONDITIONS

## I. GENERAL TERMS AND AGREEMENTS

### Acceptance
The terms and conditions of this order become the exclusive and binding agreement between Continental and the Buyer covering the purchase of the goods, equipment or services or the rental of such goods and equipment ordered when the order is accepted by commencement of performance. Acceptance of this order is expressly limited to the terms hereof. Additional or different terms will not be applicable unless agreed upon in writing by the Buyers and Continental Resources, Inc. (herein known a "Continental")

### Terms of Payment
Payable upon receipt of invoice, unless otherwise expressly agreed upon in writing by Continental. All extended use service charges will be passed on to the customer.

### Late Charges
If any rentals or other sums are not paid within ten (10) days of the due date, customer shall be responsible and pay to Continental on demand a late charge thereon from the due date until payment in an amount equal to the maximum rate permitted by law.

### Limitation of Liability
In no event, whether as a result of breach of contract or warranty, tort (including negligence) or otherwise, shall Continental be liable for any consequential, incidental, or exemplary damages, including without limitation, any loss or profit or revenues, loss of use of any equipment or goods or downtime costs

NO OTHER WARRANTY EXPRESSED OR IMPLIED INCLUDING THE WARRANTY OF MERCHANTABLITY AND FITNESS FOR A PARTICULAR PURPOSE WILL APPLY TO EQUIPMENT AND GOODS SOLD OR RENTED.

### Taxes
Prices do not include any taxes. Taxes will be added to the invoice as required by law to be billed and collected. These taxes will be paid by the Buyer (Rentee) unless the Buyer provides a proper tax exemption certificate.

### Additional Provisions
The lessee must cooperate in the completion and filing of financing statements A UCC-1 financing statement is requested on all lease arrangements.

Customers must adhere to Manufacturers duty cycles.

### Loss by Theft
Loss by theft must be reported to the local police department and Continental within 24 hours or occurance and a copy of the police report and insurance claim should be forwarded to the nearest Continental Inventory Center.

### DISCLAIMER EXCLUSIONS OF WARRANTIES
The parties agree that the implied warranties of merchantability and fitnees for a particular purpose and all other warranties express or implied, including without limitation warranties as to description, quality or productiveness and excluded from this transaction and shall not apply to the goods or equipment sold unless the parties shall otherwise agree in writing.

In so much as CRI acquires certain software and/or hardware from manufacturers, CRI can not accept responsibility or can it warrant that such hardware or software shall operate currently with respect to all date-data and date related calculations beginning the calendar year 2000. CRI's liability is outlined in accordance with above, Limitation of Liability, of the Agreement of services.

Upon written request from the customer, CRI will provide the Customer with the specific Manufacturers Warranty(s) required.

### Miscellaneous
All Terms & Conditions are subject to the Laws of Massachusetts. Minimum billing is fifty dollars per invoice. Any oral statements about the goods or equipment do not constitute warranties. They shall not be relied upon by the Customer and are not part of the agreement.

## II. RENTAL TERMS AND CONDITIONS

### Rental Terms
As rentals start the day or delivery to the Rentee and continue through the the minimum term; and thereafter until the return of the equipment to a Continental Inventory Center, whether or not the period is covered by Rentee's purchase order

Termination for Computers and Peripherals includes the following: Thirty (30) days prior to the conclusion of a non-cancellable rental contract a 30 DAYS WRITTEN NOTICE is required to cancel a rental agreement, otherwise the contract is self extending on a month-to-month basis until such written notice (30 days) is given. The Rentee's written notice shall be mailed to Continental in Bedford, Massachusetts and a copy mailed to the local Continental office

### Rental Rates:
The monthly rental rate is based upon the minimum term. Customer shall not have the right to cancel the rental of the equipment prior to expiration of said mimimum term upon which a rental is based. Rental charges for fractional months, beyond the original terms, will be prorated on a daily basis.

### Shipments:
Delivery and Freight charges are additional to the customer. Unless the Rentee gives Continental written notice of each defect within three (3) days after the receipt of a rented item, it shall be conclusively presumed that the item(s) was delivered in good condition.

### Returns:
All equipment, manuals and accessories shall be returned to Continental prepaid and insured. Any shipping or handling charges not prepaid will be billed back to the customer. Customer shall return equipment to Continental in good operating condition, normal wear and tear excluded.

### Warranties
Continental warranties that each piece of equipment rented meets manufacturer specifications during the course of the rental. Rental credit will be issued for any period an equipment piece does not meet this warranty if written notification is supplied within three (3) days of the start of such a period. See also "Limitation of Liability" under general terms and conditions.

### Title/Ownership
Continental Reasources, Inc. retains the title to all rental equipment. The equipment shall remain the property of Continental Resources, Inc. and is provided to the customer solely on a rental basis without any option to purchase unless such an option is granted prior to the commencement of the rental period and explicitly set forth in writing.

Customers are precluded from altering, assigning, modifying or encumbering in any way instruments on rent from Continental.

### Liability, Loss, Damage, Repairs
The Rentee is responsible for loss of or damage to equipment from receipt until it is received or returned to Continental's Inventory Center. Loss of or damage to equipment will obligate the Rentee to replace or repair the equipment at his expense or remit the full fair market price to Continental. It is understood that the rental fees will continue through the minimum rental term or until such replacement equipment or the replacement cost is received by Continental whichever is later.

### Default
Upon default Continental Resources may at its option, repossess, relet or sell the equipment and sue for any loss or revenue deficiency permitted by law, with or without notice to customer.

Customer will allow Continental Resources to enter upon customer's premises to repossess or remove said property and such removal shall not constitute termination of customer's obligation.

Customers agrees to pay all costs and expenses, including attorney fees, incurred by Continental in the repossession, reletting, releasing, transportation, handling or selling of the property.

## II SALES TERMS AND CONDITIONS

1. Equipment and goods are shipped F.O.B. Shipping Point.

2. Payment terms are: "Due upon Receipt of Invoice".

3. All goods or equipment sold by Continental are subject to warranty (90 days unless otherwise noted). Nonpayment or delinquent payment (5 days or more) "voids" warranty. Continental will, at its discretion, repair or replace any malfunctioning equipment or goods, provided payment is made in due course, except in cases of improper application or misuse of goods or equipment by the customer. The duty to replace is the "sole and exclusive" warranty given and is in lieu of all other warranties express or implied.

4. No equipment or goods will be accepted for warranty repair without prior authorization from Continental. Upon approval, a return authorization will be issued to customer. Customer is liable for freight costs both ways

5. All shipments may be insured upon request by customer for full value of the goods or equipment purchased. In case of shipping damage, warranty does not apply. It is customer's responsibility to contact forwarder promptly and register a claim. Concealed damage should be reported at once and claim made to forwarder in writing

6. All sales are NONCANCELLABLE. However, Continental may at its option, accept a 15% minimum restocking charge, if equipment or goods are returned in good condition within 7 days of delivery. Such returns will not be acceptable without a return authorization number.

7. The purchaser may not elect a third party, and Continental will not accept any obligation to re-bill or otherwise change mode of billing or responsibility for payment. This includes leasing companies, banks, or other parties who may wish to gain title to "the goods or equipment".

8. Continental retains title to all purchased goods and equipment until the sale invoice is paid in full, at which time title will convey to the buyer. Invoices are pro forma and do not convey title until paid.

9. Prices are subject to change without notice. Continental is not responsible for typographical errors.

10 Unless otherwise indicated or agreed, each electronic instument is shipped, calibrated, and guaranteed to meet manufacture's original specifications.